**FILED**

MAR 1 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Mitchell Roth - #77962

CV 09 80 044 MISC

VRW

**ORDER TO SHOW CAUSE**

The court received a letter from the State Bar of California, advising that the Superior Court of the State of California, by and through its Department A of the North Central District of Los Angeles County, assumed jurisdiction over the law practice of Mitchell Roth, Esq and MW Roth, PLC, due to Mr Roth's reported incapacity effective February 11, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before April 20, 2009 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:

Mitchell Roth
MW Roth, PLC
13245 Riverside Dr, Suite 320
Sherman Oaks, CA 91423

