IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-09-80044 MISC VRW

Mitchell Roth,
                                ORDER
    State Bar No 77962
_____/

    On March 11, 2009, the court issued an order to show cause (OSC) why Mitchell Roth should not be removed from the roll of attorneys authorized to practice law before this court, based upon his reported incapacity.

    The OSC was mailed on March 16, 2009, to Mr Roth's address of record with the State Bar. Mr Roth was given until April 20, 2009, to respond. To date, no response to the OSC has been filed.

    The court now orders Mitchell Roth removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

                                                VAUGHN R WALKER
                                                United States District Chief Judge